# Staunton

JOHN HAY WHITNEY v. ROGER H. BAYLY, PEOPLES NATIONAL BANK AND W. H. MARTIN, TRUSTEE.

September 26, 1933.

Present, Campbell, C. J., and Holt, Epes, Hudgins and Gregory, JJ.

*Hunton, Williams, Anderson, Gay & Moore, Edwin E. Garrett* and *Irvin G. Craig,* for the appellant.

*Wilbur C. Hall, Cecil Connor, Leon M. Bazile* and *Alfred J. Kirsh,* for the appellees.

PER CURIAM:

The court is of the opinion that the decree appealed from does not adjudicate the principles of the cause, and the appeal will be dismissed as improvidently awarded.

*Appeal dismissed.*